Submitted September 11, affirmed October 28, 2020, petition for review denied February 19, 2021 (367 Or 559)

In the Matter of S. L.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. O.,
*Appellant.*

Harney County Circuit Court
20JU00548; A173791 (Control)

In the Matter of C. J. O.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. O.,
*Appellant.*

Harney County Circuit Court
20JU00549; A173792

475 P3d 473

W. D. Cramer, Jr., Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. K. W.*, 307 Or App 17, 476 P3d 107 (2020).